Certificate Number: 02114-PR-CC-021985839



02114-PR-CC-021985839

# CERTIFICATE OF COUNSELING

I CERTIFY that on October 06, 2013, at 01:23 o'clock PM EST, CARMEN EMILIA ROJAS SANCHEZ received from CredAbility, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the District of Puerto Rico, an individual [or group] briefing (including a briefing conducted by telephone or on the internet) that complied with the provisions of 11 U.S.C. §§ 109(h) and 111. A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate. This counseling session was conducted by internet.

Date: October 06, 2013          By:    /s/Rita Ramos

                                Name:  Rita Ramos

                                Title: Counselor

Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy code are required to file within the United States Bankruptcy Court a complete certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. §§ 109(h) and 521 (b).