IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

CARMEN EMILIA ROJAS SANCHEZ

DEBTOR(S)

CASE NO. 13-10189-BKT

CHAPTER 13

**AMENDED DOCUMENT**

## TRUSTEE'S REPORT ON CONFIRMATION

1. A meeting of creditors pursuant to Section 341 was held on **January 21, 2014**. The meeting was (was not) duly attended by debtor(s) and their attorney.

2. The liquidation value of the estate is: 0.00

3. With respect to the attached payment plan:

AMENDED PLAN DATE: April 09, 2014          PLAN BASE: $14,255.00

TRUSTEE'S COMMENTS AND RECOMENDATIONS DATED: 4/23/2014

[ ] FAVORABLE          [X] UNFAVORABLE

1. [ ] FEASIBILITY 11 USC § 1325(a)(6):

**2. [X] INSUFFICIENTLY FUNDED § 1325(b):**

**Plan is insufficiently funded, considering arrears of proof of claim 1-4 and proof of claim 2-1.**

3. [ ] UNFAIR DISCRIMINATION § 1322(b):

4. [ ] FAILS LIQUIDATION VALUE TEST § 1325(a)(4):

5. [ ] FAILS DISPOSABLE INCOME TEST § 1325(b)(1)(B):

**6. [X] DOES NOT PROVIDE FOR SECURED CREDITOR § 1325(a)(5):**

**Plan needs to provide treatment to arrears and direct payments of subordinate mortgage with BPPR (Claim #2-1 Account 8842).(acct. no. 8842).**

**7. [X] OTHER:**

**Issue no. 2 was raised at line 2b in trustee's MTD. Thus trustee does not withdraw his motion to dismiss filed on 3-14-14, dkt. 20.**

NOTICE: This report anticipates Trustee's position as per 11 USC § 1302(b)(2) a copy of which has been served upon counsel for debtor(s). Copies are available to parties in interest at the Trustee's Office.

Atty Fee:$3,000.00 /$300.00/$2,700.00

Atty:  JUAN O CALDERON

/s/ Miriam Salwen Acosta
Miriam Salwen Acosta

USDC # 208910
**ALEJANDRO OLIVERAS RIVERA**
Chapter 13 Trustee
PO Box 9024062, Old San Juan Station
San Juan PR 00902-4062
CMC - WG