## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

## Minute Entry

### Hearing Information:

**Debtor**: CARMEN EMILIA ROJAS SANCHEZ
**Case Number**: 13-10189-BKT13          **Chapter:** 13
**Date / Time / Room**: 4/24/2014 9:00 AM
**Bankruptcy Judge**: BRIAN K. TESTER
**Courtroom Clerk**: AIDA MACHARGO
**Reporter / ECR**: LORI ANNIE RODRIGUEZ

### Matter:

Confirmation Hearing

### Appearances:

MIRIAM SALWEN FOR ALEJANDRO OLIVERAS RIVERA , CHAPTER 13 TRUSTEE
JUAN O CALDERON LITHGOW FOR DEBTOR

### Proceedings:

The Debtor has a second mortgage with Banco Popular de Puerto Rico and is in arrears in the amount of $125.00. The Trustees inform the Court that the plan does not provide for payments for the second mortgage. The debt is not scheduled, but BPPR filed a proof of claim #2. The Debtor will continue with direct payments of the second mortgage with BPPR.

**ORDER:**

The Debtor orally amends the plan dated 4/09/2014 (docket #29) to include the arrears in the amount of $125.00 of Banco Popular's proof of claim #2-1. No other disbursements will be made to this claim.

If no objections are filed within fourteen (14) days, the plan will be confirmed without need of hearing.

SO ORDERED.

/S/BRIAN K. TESTER
U.S. Bankruptcy Judge